RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 04 2015

Abel Acosta, Clerk

Nos. 05-08-00559-CR AND 05-08-00560 CR

| | | |
|---|---|---|
| IN THE COURT OF CRIMINAL APPEALS. | x x x x x x x x x x | ALEJO ESTRADA.T. # 1500704 |
| | | APPELLANT. |
| APPELLEE | | |

## MOTION EXTENTION REQUEST

TO THE HONORABLE COURT OF Criminal APPEALS

Comes Now. The APPLicant / PETITIONER IN THE ABOVE-STYLE AND Number Comes and RESPECTfully MOVE THIS Honorable COURT Of Criminal APPEALS TO GRANT AND File AND oRiginal COPY ONLY OF THE APPLicant FoR EXTENTION REQUEST, TO PreParation of Briefing Time REQUIRE bY TEXas Constitution, UNITE STETE Constitution Fourteen amendment DUE Process and bY THIS Honorable Court.

### I

THE Fact relied uPon to show Good Cause for THIS request are, as follow: APPLicant AleJo Estrada Have Summit an request to multiples agency(s) requesting all and any medical records reGarding His Case.

### II

APPLicant Has request Dalla County The Sub-Poena any and all medical records, DNA Sample, ATtorney files, ATtorney's Contracts and intends To File a Prose- Juction APPeal. For His relief.

### III

THE Fact Rilied uPon all THIS documentation, and following with the Rules of aPPellant of TEXas Criminal Proceeding, The agency(s) and Dallas County, and All attorneys who Has represent THE APPLicant Has fail to Present, Provide any documentation bY APPLicant Request.

01.

## IV

THE fact THAT THE APPLicant is not REPRESENTED by Counsel and intends. To file a timily Brief in Prose for Relief Need Extention A reasonable time to gather such documentation as only base for His Appeal. Also The limitation on Access to the law library. local Assistan ee. Have no access to a Photo Cofier and other, that make impossible Applicants to Complied such Guide Lines on time. Respectfully Request. Extention

WHEREFORE, PREMISES CONSIDERED, THE APPLicant RESPECTfully REQUEST THIS HONORABLE COURT GRANT AND FILE AN ORIGINAL COPY ONLY OF THE APPLicant FOR EXTENTION with this Court.

Respectfully Submitted

Alejo Estrada Trujillo — 04-30-15

Alejo Estrada Trujillo.

TDC # 1500 704

Jordan Unit.

1992 Helton Rd.

Pampa, TX. 79065